UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -against- | 1:20-cr-0161 |
| | ORDER |
| Izhaki, | |
| Defendants. | |

MARY KAY VYSKOCIL, United States District Judge:

The time for the conference scheduled on March 23, 2020 is moved from 3:30 p.m. to 3 p.m. in Courtroom 18C.

SO ORDERED.

Dated: New York, New York
March 13, 2020

*[signature]*
MARY KAY VYSKOCIL
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/20