# RICHARD B. LIND

ATTORNEY AT LAW
575 LEXINGTON AVENUE
4TH FLOOR
NEW YORK, N.Y. 10022

TELEPHONE (212) 888-7725
E-MAIL: rlind@lindlawyer.com
WEBSITE: www.richardlindlawyer.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020
```

March 18, 2020

**By ECF**

Hon. Mary K. Vyskocil
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

```
DENIED. SO ORDERED.

Date: 3/19/2020                    Mary Kay Vyskocil
New York, New York                 Mary Kay Vyskocil
                                   United States District Judge
```

Re: United States v. Sarah Izakhi, et ano.
20 Cr. 161 (MKV)

Dear Judge Vyskocil

Earlier this month, I was appointed CJA counsel for Defendant Sarah Izhaki in the above-referenced case. Count One of the Indictment charges Ms. Izhaki and her daughter Ashley Leibowitz, with drug adulteration and misbranding conspiracy. Count Two charges solely Ms. Izhaki with smuggling. This Court has scheduled a conference for both defendants on March 23, 2020 at 3 p.m. With the permission of Ms. Izhaki, Jesse M. Siegel, Esq., Defendant Leibowitz's counsel, an experienced CJA attorney in this District has agreed to stand in for me at the conference.

I would appreciate it if the Court grants this application.

Respectfully submitted,

Richard B. Lind

cc: All Counsel (by ECF)