USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

SARAH IZHAKI, and ASHLEY LEBOWITZ,

                Defendants.

1:20-cr-00161 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Court has set arraignment of the Defendants and an Initial Conference in this case for Thursday, May 28, 2020 at 11:00AM.  In light of the ongoing COVID-19 pandemic, the proceeding will be conducted telephonically.  To access the telephonic arraignment and initial conference on, Parties are directed to dial 888-278-0296 and enter access code 5195844.  Parties should dial-in to the line at least ten minutes in case of issues connecting.  In the event any Party cannot access the telephone line, please immediately send an email to Chambers.

      The proceeding is open to the public.

**SO ORDERED.**

**Date:  May 26, 2020**
**New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**