```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                -against-              1:20-cr-161 (MKV)

SARAH IZHAKI

                Defendant

MARY KAY VYSKOCIL, United States District Judge:

ORDER as to Sarah Izhaki: IT IS HEREBY ORDERED that a change of plea hearing will be held **Monday, August 10, 2020 at 10:00AM.** The Court will provide a video conference link to the parties in advance of the conference. The public and media may join by dialing 917-933-2166 and entering Conference ID 803851776.

SO ORDERED

Dated August 5, 2020

New York, New York

                                          MARY KAY VYSKOCIL
                                          United States District Judge