UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2020
```

UNITED STATES OF AMERICA,

        V                    20-cr-161 (MKV)-1

SARAH IZHAKI

MARY KAY VYSKOCIL, United States District Judge:

      ORDER as to Sarah Izhaki:  IT IS HEREBY ORDERED that a change of plea hearing will be held **Tuesday, August 18, 2020 at 12:30PM.** The court will provide a video conference link to the parties in advance of the conference.  The public and media may join by dialing into 917-933-2166 and entering Conference ID 251215793.

SO ORDERED

Dated August 11, 2020

MARY KAY VYSKOCIL
United States District Judge