March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Sarah Izhaki          ,
                    Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 161 (MKV) (__)

Defendant  Sarah Izhaki  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

**X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_[signature]_  2020

(Judge may obtain verbal consent on Record and Sign for Defendant)

**Sarah Izhaki**
Print Defendant's Name

**Jacob Mitchell** _Digitally signed by Jacob Mitchell_
_Date: 2020.08.07 15:07:04 -04'00'_
Defense Counsel's Signature

**Jacob Mitchell**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

8/14/2020
Date

_Mary Kay Vyskocil_
U.S. District Judge/U.S. Magistrate Judge