March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Sarah Izhaki          ,
                Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 161 (MKV) ( )

Defendant __Sarah Izhaki_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

__X__ ~~Misdemeanor~~ Felony Plea/Trial/Sentence

Consent given by defendant.
**Jacob Mitchell** Digitally signed by Jacob Mitchell Date: 2021.06.03 10:55:05 -04'00'
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Sarah Izhaki**
_____
Print Defendant's Name

**Jacob Mitchell** Digitally signed by Jacob Mitchell Date: 2021.06.03 10:55:21 -04'00'
_____
Defense Counsel's Signature

**Jacob Mitchell**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__6/7/21_____
Date

*Mary Kay Vyskocil*
_____
U.S. District Judge/U.S. Magistrate Judge